# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Catholic Medical Association <br> *Plaintiff(s)* <br> v. <br> United States Department of Health and Human Services, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-00048 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Xavier Becerra, Secretary
United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan A. Scruggs
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, Arizona 85260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/10/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-00048

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services

was received by me on *(date)* January 23, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On Tuesday, January 24, 2025, I mailed a copy of the Summons; Complaint & Civil Cover Sheet; Notice of First Amended Administrative Order No. 217; Notice Regarding Consent of the Parties; Notice Regarding Business Entity Disclosure Statement; TN Bar Status verification for Jonathan Scruggs; Notice of Setting of Initial Case Management Conference; Order referring this case to Magistrate Judge for customized case management; and Plaintiff's Business Entity Disclosure Form by USPS certified mail, priority mail to Xavier Becerra, Secretary, United States Department of Health & Human Services, 200 Independence Avenue SW, Washington, DC 20201. (FRCP 4(i)(2).) The item was delivered on January 27, 2025.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/11/25

_____
*Server's signature*

Emily Golden, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attempted service, etc: See Attachment 1, U.S. Postal Service Certified Mail Receipt, Attachment 2, USPS Domestic Return Receipt "Green Card," and Attachment 3, USPS Tracking.



Attachment 1, U.S. Postal Service Certified Mail Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Xavier Becerra, Secretary
U.S. Dept. of Health & Human Services
200 Independence Ave, SW
Washington, DC 20201

9590 9402 9070 4122 0443 24

2. Article Number (Transfer from service label)

9589 0710 5270 0765 7862 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    ed Mail
    ed Mail Restricted Delivery
    ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Attachment 2, USPS Domestic Return Receipt "Green Card."

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700765786239

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:48 am on January 27, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
January 27, 2025, 7:48 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20201
January 26, 2025, 8:51 am

**Arrived at Hub**
WASHINGTON, DC 20018
January 26, 2025, 6:25 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 26, 2025, 4:30 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

Feedback

Attachment 3, USPS Tracking

January 26, 2025, 1:28 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 25, 2025, 3:20 am

**Departed USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
January 25, 2025, 2:36 am

**Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
January 25, 2025, 12:41 am

**Processing Exception, Regional Weather Delay**
January 24, 2025, 12:58 pm

**USPS in possession of item**
ASHBURN, VA 20148
January 24, 2025, 12:43 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™  Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940290704122044324 (/go/TrackConfirmAction?tLabels=9590940290704122044324) |

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs