# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**CATHOLIC MEDICAL ASSOCIATION**,
on behalf of itself and its members,

      Plaintiff,

**v.**

**UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES**;
**ROBERT F. KENNEDY JR.**, in his official
capacity as Secretary of Health and Human
Services; **CENTERS FOR MEDICARE &
MEDICAID SERVICES (CMS)**;
**MEHMET OZ**, in his official capacity as
Administrator of the Centers for Medicare &
Medicaid Services of the United States
Department of Health and Human Services,

      Defendants.

**Civil Action No.  3:25-cv-00048**

Judge Campbell
Magistrate Judge Frensley

## PROPOSED INTERVENOR-DEFENDANT DOCTORS FOR AMERICA'S
## MOTION FOR LEAVE TO INTERVENE

Pursuant to Fed. R. Civ. P. 24(a) and (b), Proposed Intervenor-Defendant Doctors for

America ("DFA") respectfully moves for leave to intervene as defendant in the above-captioned

case. The accompanying Memorandum of Law sets out why the Court should grant the motion.

A Proposed Order Granting the Motion for Leave to Intervene is attached as Exhibit 1.

Proposed Intervenor-Defendant has conferred with counsel for Plaintiff and counsel for

the Defendants regarding their position on this motion. Counsel for both Plaintiff and Defendants

have stated they oppose the motion.

DATE:      May 30, 2025.

Respectfully submitted,
/s/*Stella Yarborough*
Stella Yarborough
TN BPR No. 33637
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
615-320-7142
syarborough@aclu-tn.org

-and-

Alexa Kolbi-Molinas*
Lindsey Kaley*
Ryan Mendías*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2633
akolbi-molinas@aclu.org
lkaley@aclu.org
rmendias@aclu.org

Kaitlyn Golden*
Carrie Flaxman*
Skye Perryman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C.
202-448-9090
kgolden@democracyforward.org

Alison Tanner*
Noel León*
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
202-571-8735
atanner@nwlc.org
nleon@nwlc.org

Jeane A. Thomas*
Alice Hall-Partyka*
Amy Pauli*
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004
202-624-2500
jthomas@crowell.com

*Counsel for Proposed Intervenor-Defendant Doctors for America*
**Application for admission pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, a copy of the foregoing was filed electronically via

the Court's ECF system, which effects service upon counsel of record.

/s/*Stella Yarborough*
Stella Yarborough