UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CATHOLIC MEDICAL ASSOCIATION**, on behalf of itself and its members,

    Plaintiff,

v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **ROBERT F. KENNEDY JR.**, in his official capacity as Secretary of Health and Human Services; **CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)**; **MEHMET OZ**, in his official capacity as Administrator of the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services,

    Defendants.

**Civil Action No. 3:25-cv-00048**

Judge Campbell
Magistrate Judge Frensley

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT DOCTORS FOR AMERICA'S MOTION FOR LEAVE TO INTERVENE**

Upon consideration of the Motion for Leave to Intervene and Memorandum in Support submitted by Proposed Intervenor-Defendant Doctors for America, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED**

SIGNED _____ day of _____ 2025

_____
**HON. WILLIAM L. CAMPBELL, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**