IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Catholic Medical Association**, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 3:25-cv-00048 |
| **United States Department of Health and Human Services,** et al., | | |
| *Defendants*. | | |

## NOTICE OF DISMISSAL

Plaintiff Catholic Medical Association hereby files this notice of voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully filed this 3rd day of June, 2025.

| | |
|---|---|
| */s/ J. Dylan Harper* | */s/ Matthew S. Bowman* |
| **J. Dylan Harper** | **Matthew S. Bowman*** |
| TBPR No. 036820 (Admitted 2018) | D.C. Bar No. 993261 |
| **SWAFFORD LAW** | **ALLIANCE DEFENDING FREEDOM** |
| 321 Billingsly Ct, Suite 1 | 440 First Street NW, Suite 600 |
| Franklin, TN 37067 | Washington, DC 20001 |
| Office: 615.599.8406 | Telephone: (202) 393-8690 |
| Fax: 615.807.2355 | Facsimile: (202) 347-3622 |
| dylan@swaffordlawfirm.com | mbowman@ADFlegal.org |
| | ***Admitted pro hac vice* |

*Counsel for Plaintiff Catholic Medical Association*