IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CATHOLIC MEDICAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:25-cv-00048 |
| v. | ) ) | JUDGE CAMPBELL |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

The Court is in receipt of Plaintiff's notice of voluntary dismissal without prejudice (Doc. No. 30) filed under Federal Rule of Civil Procedure 41(a)(1)(A)(i). As of the entry of this Order, none of the defendants in this case have filed an answer or motion for summary judgment. Accordingly, this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE